March 22, 2018

Honorable Andrew Guilford
U.S. District Judge

Re: Mohammed Ahmed Morales Salah

The Honorable Judge Andrew Guilford;

I am writing on behalf of my son, Mohamed Ahmed Morales. I am both trouble and surprised to hear about his case, as Mohammed has always been a person of integrity, honesty and principals. I understand the seriousness of this matter, however, I hope the court will show some leniency.

Since my son and I were reunited after twenty six years of separation, Mohammed has always demonstrated to be an honest man, have high family values, and respect for others. Mohammed has never been in trouble either before or after this case. Mohammed is a dedicated husband, and father for two young children. Mohammed spends all his time with his family, when he is not at work. I have seen Mohammed become an example to others, and always willing to help anyone in need. Mohammed is a person of good moral character, and although, it may seem hard to believe under the present situation, it is true, nonetheless. Mohammed is a good man, a good citizen, husband, father and son, and as his father, I am proud of him and his accomplishments and will support him in any way I can until the end of my days.

If there is anything else you need from me on behalf of my son, please, do not hesitate to contact me.

Very truly yours,

Juan Francisco Morales Galindo

*EXHIBIT "A"*
*LETTERS FROM FRIENDS AND FAMILY*



March 25, 2018

Hon. Andrew Guilford.
U.S District Judge.

This is Tamara Alhussain, born in January, 31, 1981. The wife's of Mohamed A Salah. We have been married since July 2010. We have 2 children, Yasmeen she is 6 years old, and Yusuf he is 3 years old.

I am house wife.

My husband Mohamed A Salah, has been an excellent husband since day one, I have full respect, love and admiration for him more than anyone else in the whole world.

He open our home to my family when they had to flee from the Syria due to the Civil war.

My mother, my sister and her 2 kids moved to USA from Syria and stayed with us for couple years, and was the only one that provide to all of us, he never complained that our home is small for 8 people to live in, he never complained that he has to work more and more and longer hours so he can provide to all of us.

He is my hero and he will always be. And he is a role model to our daughter and son.

My neighbor, she helped me out to write this letter, due to language problem.

Thank you for taking the time to read my letter.

Tamara Alhussian

Honorable, Andrew Guilford.

Your Honor,

The purpose of this letter is to provide Mohamed Salah a reference on his ethics and background as an honest individual.

My name is Mohamed Daly I currently live in Temecula, CA. I've known Mohamed Salah since 2009 when he delivered a Pizza to my house when I lived in Lake Forest, CA

We exchanged numbers since he was from Egypt like me and I was looking for someone to work with me in my previously owned sole proprietor business - pressure washing commercial properties.

Since 2009 Mohamed has been a dear and close friend, we kept in contact. I attended his wedding and always kept in touch since he was sincere and honest in his dealing with me and others. I saw Mohamed transition from a husband to become a father to his daughter and a father to his son.

He is a great father and husband, my wife and kids enjoy his family. I met a lot of Mohamed's friends over the years and they all speak highly of his ethics and kindness.

Mohamed Salah is a hard worker and always works to provide for his family. It's unfortunate he got involved and misguided by others to break the law. I assure the court and the judge that Mohamed Salah is a great man with great intentions towards others.  Mohamed is honest, kind and a friend I can depend on.

Thank you and please let me know if I can provide any further details.

Best regards,
Mohamed Daly

March 22, 2018

Hon, Andrew Guilford.
U.S. District Judge.

I have known Mo Salah for 4 years. He is a great man .
And, I have the utmost respect for him.

A fantastic father and husband.
And, an honest human being with a heart of gold. I have seen Mohamed literally help those in need while, going above and beyond the call of duty.

There aren't many I would recommend , as to the character of most.
I proudly recommend this man. And, would stand beside him at a moments notice.

I give my highest regard to Mohamed A  Salah. As, I believe he would do anything to help, protect, or rescue anyone in need. This man puts others first.

I respect him and write you this letter as a character reference .
I deeply believe in my heart that he is reliable, responsible, and a man of his word.

I am absolutely proud to know him.

Sincerely,
Susan Hair~General Manager
Nash Auto
xxxx  Harbor Blvd.
Costa Mesa,Ca.
92626



To: Judge Andrew Guilford,

Our names our Bill and Catherine Andrus of Palm Desert. We are friends of Mohamed Salah, or (Mo) as we call him.

My wife and I first met Mo at a place called College of the Desert (COD) back in 2009 where we were working a weekend street fair.

We became immediate friends with Mo. Upon becoming friends with Mo, we found out that he was getting up around 2 a.m driving to Palm Desert setting up for the show which ran from 7a.m. to 2 p.m After tearing down his booth Mo would kill time and then spend the night in his car to save money.

He would repeat this on Sunday, drive back to Orange County and start delivering pizza. Upon finding this out we invited him begin staying with us on the weekends. After his marriage to his lovely wife Tamara, they both continued to stay with us every weekend till end of season 2012. Mo and Tamara had keys to our house and were welcome to stay at our home even when we were gone vacationing.

We have found them to be one of the nicest most humble and honest couples we have ever met. If Mo has any faults the biggest one is he trust everyone and is naïve to the evil ways of some people, very easy for someone to take advantage of without his knowing.

This is a man, a man who had to work beneath his abilities just to provide for his family.

We pray that you will not separate this man from his family from which he is the only provider. We are in our 70's, proud of our legal system . IN GOD WE TRUST


Bill & Catherine Andrus

March 22, 2018

To: The Honorable Andrew Guilford
U.S. District Judge

From: Jim Ferras / CEO
TVizion Global Medial LLC

Re Mr. Mohamed Salah

Dear Hon Andrew Guildford,

I would like to share my personal feeling and respect for my friend Mr. Salah.

I have known and had a highly respected relationship with Mohamed and his family for the past 12 years and can vouch for his high morals and integrity in every aspect in his life. His honesty is beyond approach and he has my full from a friend to doing business with him in the past.

I also believe that his religious moral compass is his guide in life and respect for others and their well being.

Finally, I honestly admire Mohamed and his family and look at them as an example of how every person and family should live their life.

Regards,

Jim Ferras

March 24, 2018

Honorable Andrew Guilford U.S. District Judge,

My name is DouraAlhussein,I am a Senior Computer Engineerat Mackenzie Corporation located in Irvine California since 2014. My current home address is                                              Viejo, California. I know Mr. Mohamed Salah since I moved to USA on 02/27/2013;Mr. Mohamad Salah is my sister's husband. Mr. Mohamed Salah is a great person, he is a sweet heart and very honest and very faithful, he loves to help his neighbors and friends and his family. He welcomed me to stay at his house with my 2 kids and with my mother. I lived at his house for 3 years and he helped me with everything, as I had to start from scratch since I moved to USA. He raised up my kids, my 2 kids love Mr. Mohamed Salah because he treated them with love and kindness as if they were his kids. He introduced me to his friend, a recruiter to help me find a job. He supported me, my kids and my mother and helped me with immigration papers to bring my husband and he had done so many other great things. My husband just joined us recently after long time of waiting, my husband is thankful for all the help and support that Mr. Mohamed Salah had done for five years to our family. Mr. Mohamed Salah has dedicated his life to make his kids happy, he loves and enjoys spending his time playing with his kids and their friends at the playgrounds, and he is a great father and a great husband for my sister. We have a very close and strong relationship with Mr. Mohamed Salah's family, as we spend our vacations together, here below some of our family pictures:
















4

Mr. Mohamed Salah and his family helped me during my sickness as I was diagnosed with breast cancer; they supported me during my surgery and during my treatment until I recovered my health. Now at my work, I am managing marketing and analysis/research projects for Motorsports US Dealers Nationwide for almost all US Dealerships and for Watercrafts and Boat Dealerships; I could not do anything without Mr. Mohamed Salah's help and support.

Your kind consideration to this request is greatly appreciated.


Very truly yours,

*Doura*

DouraAlhussein

