# EXHIBIT F

## Schedule F (ALTERNATIVE CALCULATION)
### Alternative Loss Calculation Based on Foreclosure & Short Sale Data
United States of America v. Aref Abaji 8:13-CR-001-AG-1
United States of America v. Maher Obagi 8:13-CR-001-AG-2
United States of America v. Ali Khatib 8:12-CR-141-AG

| Ex. 1 No. | Address | Unit | Approx. Settlement Date | Buyer Initials | Loan Amount | Lender | Loan # | Approximate Foreclosure Date | Approximate Resell Date | Resell Amount | Loan Amount Less Resell Amount | Parcel # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 4994 Town Terrace N., Kissimmee, FL | | 12/28/2007 | M.Q. | $256,500 | Sterns Lending Inc | xxxx8404 / xxxxxx5655 | 6/1/2010 | 9/9/2010 | 63,000 | 193,500 | 14-26-28-5251-0001-0600 |
| 2. | 4986 Town Terrace N., Kissimmee, FL | | 1/2/2008 | M.Q. | $256,500 | CitiMortgage | xxxxxxxx5059 | 5/13/2013 | 10/11/2013 | 89,000 | 167,500 | 14-26-28-5251-0001-0560 |
| 3. | 4987 Town Terrace S., Kissimmee, FL | | 1/18/2008 | D.H. | $256,500 | CitiMortgage | xxxxxx3551 | N/A | 5/8/2014 | 82,300 | 174,200 | 14-26-28-5251-0001-0390 |
| 4. | 4980 Town Terrace N., Kissimmee, FL | | 1/30/2008 | M.Q. | $256,500 | Flagstar Bank | xxxx08504 | 4/29/2010 | 2/9/2012 | 67,000 | 189,500 | 14-26-28-5251-0001-0530 |
| 5. | 4982 Town Terrace N., Kissimmee, FL | | 1/23/2008 | M.Q. | $256,500 | Indymac Bank/Onewest | xxxx86829 / xxxxxx6537 | 9/19/2013 | 7/23/2014 | 85,000 | 171,500 | 14-26-28-5251-0001-0540 |
| 6. | 2535 Old Kent Circle, Kissimmee, FL | | 3/5/2008 | S.M. | $273,600 | Wells Fargo Bank | xxxxxx9905 | 8/19/2009 | 11/5/2009 | 70,900 | 202,700 | 14-26-28-5251-0001-0740 |
| 7. | 2647 Old Kent Circle, Kissimmee, FL | | 4/30/2008 | E.H. | $243,200 | Wachovia Mortgage | xxx5371 | 3/11/2010 | 6/18/2010 | 60,000 | 183,200 | 14-26-28-5251-0001-0840 |
| 8. | 4996 Town Terrace N., Kissimmee, FL | | 5/5/2008 | E.K. | $228,000 | Wachovia Mortgage | xxxxxxxxx2202 | 12/9/2010 | 1/26/2011 | 60,000 | 168,000 | 14-26-28-5251-0001-0610 |
| 9. | 4983 Town Terrace S., Kissimmee, FL | | 5/1/2008 | S.M. | $228,000 | Wachovia Mortgage | xxxxxxxx6852 | 2/14/2011 | 7/11/2011 | 56,900 | 171,100 | 14-26-28-5251-0001-0410 |
| 10. | 4984 Town Terrace N., Kissimmee, FL | | 5/7/2008 | N.A. | $228,000 | Wachovia Mortgage | xxxxxxxxx6482 / xxxxxx8558 | 6/23/2010 | 9/13/2010 | 63,000 | 165,000 | 14-26-28-5251-0001-0550 |
| 11. | 2549 Old Kent Circle, Kissimmee, FL | | 5/29/2008 | S.M. | $243,200 | Liberty Savings Bank | xx-xx-xx1911 | 5/6/2010 | 7/21/2010 | 59,900 | 183,300 | 14-26-28-5251-0001-0810 |
| 12. | 7220 Westpointe Blvd, Orlando, FL | 1431 | 6/12/2008 / recorded 7/3/2008 | R.H. | $261,440 | First Choice Lending | xxxxxxx6556 / xxxxxx4305 | 12/14/2009 | 3/4/2010 | 72,000 | 189,440 | 02-23-28-0701-01-431 / 28-23-02-0701-01-431 |
| 13. | 7280 Westpointe Blvd, Orlando, FL | 821 | 6/17/2008 / recorded 7/3/2008 | E.K. | $249,440 | MortgageAmerica Inc | xxxxxxx6693 / xxxxxx4306 | 4/23/2010 | as of 4/28/18 - no record of resale | | | 02-23-28-0701-00-821 / 28-23-02-0701-00-821 |
| 14. | 7280 Westpointe Blvd, Orlando, FL | 827 | 7/11/2008 | N.A. | $293,760 | Washington Mutual | xxxxxx4665 / xxxxx4751 / xxxxxx1977 | 7/6/2010 | 2/2/2011 | 90,000 | 203,760 | 02-23-28-0701-00-827 / 28-23-02-0701-00-827 |
| 15. | 7300 Westpointe Blvd, Orlando, FL | 736 | 6/30/2008 / recorded 2/19/2009 | E.K. | $253,840 | Washington Mutual | xxxxxx2278 / xxxxx6237 | 2/26/2010 | 7/23/2010 | 71,000 | 182,840 | 02-23-28-0701-00-736 / 28-23-02-0701-00-736 |

## Schedule F (ALTERNATIVE CALCULATION)
### Alternative Loss Calculation Based on Foreclosure & Short Sale Data
United States of America v. Aref Abaji 8:13-CR-001-AG-1
United States of America v. Maher Obagi 8:13-CR-001-AG-2
United States of America v. Ali Khatib 8:12-CR-141-AG

| Ex. 1 No. | Address | Unit | Approx. Settlement Date | Buyer Initials | Loan Amount | Lender | Loan # | Approximate Foreclosure Date | Approximate Resell Date | Resell Amount | Loan Amount Less Resell Amount | Parcel # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16. | 7280/7380 Westpointe Blvd, Orlando, FL | 823 | 7/11/2008 / recorded 8/12/2009 | N.A. | $254,400 | GMAC dba Ditech | xxxxxxxx4801 / xxxxxx7674 | 5/28/2010 | 6/21/2011 | 93,720 | 160,680 | 02-23-28-0701-00-823 / 28-23-02-0701-00-823 |
| 17. | 7380/7300 Westpointe Blvd, Orlando, FL | 726 | 7/22/2008 / recorded 8/12/2009 | E.H. | $249,440 | GMAC dba Ditech | xxxxxxxx2270 / xxxxxx8850 | 6/14/2010 | 4/11/2011 | 99,600 | 149,840 | 02-23-28-0701-00-726 / 28-23-02-0701-00-726 |
| 18. | 7360 Westpointe Blvd, Orlando, FL | 133 | 7/30/2008 recorded 9/4/2008 | R.H. | $268,000 | CitiMortgage | xxxxxx6377 | 6/17/2010 | 9/10/2010 | 105,000 | 163,000 | 02-23-28-0701-00-133 / 28-23-02-0701-00-133 |
| 19. | 7310 Westpointe Blvd, Orlando, FL | 611 | 8/8/2008 recorded 10/17/2008 | S.K. | $297,600 | GMAC dba Ditech | xxxxxxxx9297 | 2/17/2010 | 6/1/2010 | 71,200 | 226,400 | 02-23-28-0701-00-611 / 28-23-02-0701-00-611 |
| 20. | 7280 Westpointe Blvd, Orlando, FL | 814 | 8/18/2008 recorded 9/17/2008 | N.A. | $235,500 | Citi Mortgage | xxxxxx3663 | 7/11/2012 | 10/12/2012 | 69,000 | 166,500 | 02-23-28-0701-00-814 / 28-23-02-0701-00-814 |
| 21. | 7270 Westpointe Blvd, Orlando, FL | 927 | 8/28/2008 | S.K. | $300,880 | Citimortgage | xxxxxx2041 | 10/6/2010 | 11/23/2010 | 80,000 | 220,880 | 02-23-28-0701-00-927 / 28-23-02-0701-00-927 |
| 22. | 7200 Westpointe Blvd, Orlando, FL | 1524 | 9/4/2008 recorded 10/23/2008 | S.A. | $229,950 | Fifth Third Mortgage | xxxxx6191 / xxxxxx1977 | 2/25/2010 | 4/25/2011 | 88,200 | 141,750 | 02-23-28-0701-01-524 / 28-23-02-0701-01-524 |
| 23. | 7220 Westpointe Blvd, Orlando, FL | 1414 | 9/4/2008 recorded 9/25/2008 | S.A. | $247,200 | CitiMortgage | xxxxxx3087 | 6/19/2015 | 10/9/2015 | 61,000 | 186,200 | 02-23-28-0701-01-414 / 28-23-02-0701-01-414 |
| 24. | 7300 Westpointe Blvd, Orlando, FL | 723 | 9/30/2008 recorded 10/7/2009 | P.P. | $262,960 | Citimortgage | xxxxxx2312 | 5/30/2013 | 9/20/2013 | 80,000 | 182,960 | 02-23-28-0701-00-723 / 28-23-02-0701-00-723 |
| 25. | 8434 Walerga Rd Antelope, CA | 932 | 8/30/2008 | M.A. | $180,000 | GMAC dba Ditech | xxxxxxxx2901 | N/A | 3/30/2012 | 76,500 | 103,500 | 203-2050-001-0138 |
| 26. | 8434 Walerga Rd Antelope, CA | 136 | 8/20/2008 | M.A. | $159,200 | JPMorgan Chase | xxxx7987 | N/A | 3/29/2012 | 59,000 | 100,200 | 203-2050-001-0022 |
| 27. | 8434 Walerga Rd Antelope, CA | 921 | 9/2/2008 | N.K. | $180,000 | Wells Fargo Bank | xxxxxx3475 | 2/7/2011 | 6/9/2011 | 85,000 | 95,000 | 203-2050-001-0133 |
| 28. | 8434 Walerga Rd Antelope, CA | 124 | 9/5/2008 | N.K. | $152,200 | HSBC Mortgage | xxx6169 / xxxxx1699 | 9/30/2010 | 2/16/2011 | 66,310 | 85,890 | 203-2050-001-0012 |
| 29. | 8434 Walerga Rd Antelope, CA | 1033 | 9/11/2008 | N.K. | $180,000 | Greenlight Financial | xxxxx6512 / xxxxx6497 | 4/27/2011 | 9/30/2011 | 85,000 | 95,000 | 203-2050-001-0151 |
| 30. | 8434 Walerga Rd Antelope, CA | 238 | 9/10/2008 | N.K. | $149,250 | Wells Fargo Bank | xxxxxx8897 | 8/30/2010 | 5/23/2011 | 54,000 | 95,250 | 203-2050-001-0048 |

## Schedule F (ALTERNATIVE CALCULATION)
### Alternative Loss Calculation Based on Foreclosure & Short Sale Data
United States of America v. Aref Abaji 8:13-CR-001-AG-1
United States of America v. Maher Obagi 8:13-CR-001-AG-2
United States of America v. Ali Khatib 8:12-CR-141-AG

| Ex. 1 No. | Address | Unit | Approx. Settlement Date | Buyer Initials | Loan Amount | Lender | Loan # | Approximate Foreclosure Date | Approximate Resell Date | Resell Amount | Loan Amount Less Resell Amount | Parcel # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 8434 Walerga Rd Antelope, CA | 128 | 9/12/2008 | M.A. | $159,200 | Greenlight Financial | xxxxx1454 / xxxxxx6316 | N/A | 4/27/2012 | 60,000 | 99,200 | 203-2050-001-0016 |
| 32 | 8434 Walerga Rd Antelope, CA | 228 | 10/23/2008 | N.K. | $149,250 | Countrywide | xxxxx8376 | 7/16/2010 | 4/29/2011 | 68,500 | 80,750 | 203-2050-001-0040 |
| 33 | 8434 Walerga Rd Antelope, CA | 138 | 11/4/2008 | N.K. | $159,200 | Bank of America | xxxxx7460 / xxxxxx5524 | 7/23/2010 | 12/13/2010 | 60,500 | 98,700 | 203-2050-001-0024 |
| 34 | 8434 Walerga Rd Antelope, CA | 332 | 12/19/2008 | E.H. | $176,250 | HSBC Mortgage | xxx5464 | N/A | 12/5/2012 | 74,000 | 102,250 | 203-2050-001-0066 |
| 35 | 8434 Walerga Rd Antelope, CA | 331 | 12/19/2008 | E.H. | $188,000 | Bank of America | xxxxx9681 / xxxxxx6201 | 8/21/2014 | 8/28/2015 | 118,500 | 69,500 | 203-2050-001-0065 |
| 36 | 8434 Walerga Rd Antelope, CA | 1231 | 12/23/2008 | E.H. | $188,000 | Wachovia Mortgage | xxxxxx9566 | N/A | 1/30/2013 | 66,000 | 122,000 | 203-2050-001-0173 |
| 37 | 8434 Walerga Rd Antelope, CA | 812 | 2/3/2009 | A.A. | $188,000 | JPMorgan Chase | xxxxxx1220 | N/A | 9/20/2011 | 62,500 | 125,500 | 203-2050-001-0106 |
| 38 | 8434 Walerga Rd Antelope, CA | 831 | 1/30/2009 | A.A. | $176,250 | HSBC Mortgage | xxx0415 | N/A | 9/16/2011 | 57,500 | 118,750 | 203-2050-001-0121 |
| 39 | 8434 Walerga Rd Antelope, CA | 326 | 1/2/2009 | E.H. | $160,000 | US Bank/Downey S&L | xxxx1985 | as of 4/28/18 - still held by E.H. | | | | 203-2050-001-0062 |
| 40 | 8434 Walerga Rd Antelope, CA | 213 | 12/28/2008 recorded 9/4/2009 | E.H. | $178,400 | JPMorgan Chase | xxxxxx1239 | N/A | 3/7/2013 | 57,500 | 120,900 | 203-2050-001-0027 |
| 41 | 8434 Walerga Rd Antelope, CA | 816 | 2/3/2009 | B.K. | $188,000 | Bank of America | xxxxx1186 / xxxxxx1875 | 9/23/2014 | 4/20/2015 | 137,500 | 50,500 | 203-2050-001-0110 |
| 42 | 8434 Walerga Rd Antelope, CA | 232 | 2/9/2009 | A.K. | $188,000 | GMAC dba Ditech | xxxxxxxx6044 | 3/30/2011 | 5/27/2011 | 64,000 | 124,000 | 203-2050-001-0042 |
| 43 | 8434 Walerga Rd Antelope, CA | 337 | 1/27/2009 | A.K. | $188,000 | Bank of America | xxxxx9844 / xxxxxx7743 | 6/23/2010 | 3/10/2011 | 65,000 | 123,000 | 203-2050-001-0071 |
| 44 | 8434 Walerga Rd Antelope, CA | 1233 | 2/13/2009 | A.K. | $188,000 | Shelter Mortgage | xxxx0014 | 7/27/2010 | 1/11/2012 | 62,000 | 126,000 | 203-2050-001-0175 |
| 45 | 8434 Walerga Rd Antelope, CA | 314 | 2/10/2009 | A.K. | $188,000 | JPMorgan Chase | xxxxx7736 | 2/15/2011 | 1/24/2013 | 75,000 | 113,000 | 203-2050-001-0052 |
| 46 | 8434 Walerga Rd Antelope, CA | 1121 | 1/20/2009 | A.K. | $178,000 | Wells Fargo Bank | xxxxxxxxx3829 | N/A | 9/30/2010 | 90,000 | 88,000 | 203-2050-001-0157 |

## Schedule F (ALTERNATIVE CALCULATION)
### Alternative Loss Calculation Based on Foreclosure & Short Sale Data
### United States of America v. Aref Abaji 8:13-CR-001-AG-1
### United States of America v. Maher Obagi 8:13-CR-001-AG-2
### United States of America v. Ali Khatib 8:12-CR-141-AG

| Ex. 1 No. | Address | Unit | Approx. Settlement Date | Buyer Initials | Loan Amount | Lender | Loan # | Approximate Foreclosure Date | Approximate Resell Date | Resell Amount | Loan Amount Less Resell Amount | Parcel # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 8434 Walerga Rd Antelope, CA | 233 | 3/10/2009 | G.A. | $188,000 | Bank of America | xxxxx6370 / xxxxxx5559 | 3/25/2011 | 7/7/2011 | 51,000 | 137,000 | 203-2050-001-0043 |
| 48 | 8434 Walerga Rd Antelope, CA | 237 | 3/3/2009 | G.A. | $188,000 | JPMorgan Chase | xxxxxx8708 | 2/14/2011 | 6/9/2011 | 47,000 | 141,000 | 203-2050-001-0047 |
| 49 | 8434 Walerga Rd Antelope, CA | 833 | 3/23/2009 | G.A. | $176,250 | HSBC Mortgage | xxx6068 | 1/4/2011 | 5/18/2011 | 59,000 | 117,250 | 203-2050-001-0123 |
| 50 | 8434 Walerga Rd Antelope, CA | 825 | 3/17/2009 | R.D. | $164,500 | HSBC Mortgage | xxx7627 | as of 4/28/18 - still held by R.D. | | | | 203-2050-001-0117 |
| 51 | 8434 Walerga Rd Antelope, CA | 134 | 3/6/2009 | D.H. | $188,000 | HSBC Mortgage | xxx1292 / xxxxx2920 | 7/16/2010 | 9/15/2012 | 76,500 | 111,500 | 203-2050-001-0020 |
| 52 | 8434 Walerga Rd Antelope, CA | 1212 | 2/19/2009 | B.K. | $188,000 | JPMorgan Chase | xxxxxx4669 | 12/24/2014 | 1/23/2015 | 129,500 | 58,500 | 203-2050-001-0166 |
| 53 | 8434 Walerga Rd Antelope, CA | 1223 | 3/17/2009 | B.K. | $176,250 | HSBC Mortgage | xxx3981 / xxxxxx6278 | 12/29/2014 | 12/29/2014 | 106,000 | 70,250 | 203-2050-001-0171 |
| 54 | 8434 Walerga Rd Antelope, CA | 131 | 4/9/2009 | F.K. | $188,000 | JPMorgan Chase | xxxxxx8820 | 6/25/2012 | 8/8/2012 | 78,000 | 110,000 | 203-2050-001-0017 |
| 55 | 8434 Walerga Rd Antelope, CA | 324 | 3/3/2009 | F.K. | $188,000 | Bank of America | xxxxx8137 / xxxxxx8041 | 12/29/2011 | 12/29/2011 | 42,000 | 146,000 | 203-2050-001-0060 |
| 56 | 8434 Walerga Rd Antelope, CA | 531 | 3/10/2009 | R.D. | $187,500 | Bank of America | xxxxx8080 / xxxxxx8068 | as of 4/28/18 - still held by R.D. | | | | 203-2050-001-0093 |
| 57 | 8434 Walerga Rd Antelope, CA | 823 | 4/9/2009 | S.F. | $159,200 | JPMorgan Chase | xxxxxx9017 | 3/21/2011 | 3/21/2011 | 60,033 | 99,167 | 203-2050-001-0115 |
| 58 | 8434 Walerga Rd Antelope, CA | 126 | 4/22/2009 | F.K. | $176,250 | HSBC Mortgage | xxx5590 | 6/15/2012 | 7/11/2012 | 67,500 | 108,750 | 203-2050-001-0014 |
| 59 | 8434 Walerga Rd Antelope, CA | 113 | 4/29/2009 | S.F. | $149,250 | HSBC Mortgage | xxx7308 | 3/2/2018 | as of 4/28/2018 - not yet resold | | | 203-2050-001-0003 |
| 60 | 8434 Walerga Rd Antelope, CA | 832 | 5/6/2009 | G.A. | $176,250 | Bank of America | xxxxx3377 / xxxxxx3139 | 5/19/2011 | 1/25/2012 | 62,000 | 114,250 | 203-2050-001-0122 |
| 61 | 8434 Walerga Rd Antelope, CA | 133 | 5/13/2009 | S.F. | $159,200 | Bank of America | xxxxx8236 | 7/19/2010 | 1/3/2011 | 58,000 | 101,200 | 203-2050-001-0019 |
| 62 | 8434 Walerga Rd Antelope, CA | 837 | 6/5/2009 | L.E. | $149,250 | Wells Fargo Bank | xxxxxx6576 | 7/23/2010 | 8/12/2010 | 92,000 | 57,250 | 203-2050-001-0127 |

# Schedule F (ALTERNATIVE CALCULATION)
## Alternative Loss Calculation Based on Foreclosure & Short Sale Data
### United States of America v. Aref Abaji 8:13-CR-001-AG-1
### United States of America v. Maher Obagi 8:13-CR-001-AG-2
### United States of America v. Ali Khatib 8:12-CR-141-AG

| Ex. 1 No. | Address | Unit | Approx. Settlement Date | Buyer Initials | Loan Amount | Lender | Loan # | Approximate Foreclosure Date | Approximate Resell Date | Resell Amount | Loan Amount Less Resell Amount | Parcel # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | 16013 S Desert Foothills PKWY, Phoenix, AZ | 1017 | 12/21/2008 | S.A. | $202,320 | Countrywide | xxxxx7965 | 2/8/2010 | 6/4/2010 | 89,900 | 112,420 | 300-97-502 |
| 64 | 16013 S Desert Foothills PKWY, Phoenix, AZ | 1115 | 11/3/2008 | N.A. | $199,920 | Wells Fargo Bank | xxxxxxxx7806 / xxxxx3749 | 4/22/2010 | 6/28/2010 | 69,000 | 130,920 | 300-97-600 |
| 65 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1026 | 11/5/2008 | I.O. | $200,000 | Countrywide | xxxxx6882 | 3/4/2010 | 5/26/2010 | 94,000 | 106,000 | 300-97-511 |
| 66 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1016 | 11/7/2008 | N.A. | $202,320 | Countrywide | xxxxx5134 | 3/15/2011 | 6/20/2011 | 87,500 | 114,820 | 300-97-501 |
| 67 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 2116 | 11/21/2008 | W.H. | $248,800 | Wells Fargo Bank | xxxxxxxx6528 | N/A | 6/19/2013 | 125,000 | 123,800 | 300-97-777 |
| 68 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1045 | 11/21/2008 | R.M. | $214,965 | Wells Fargo Bank | xxxxxxxx6255 | N/A | 5/18/2010 | 72,500 | 142,465 | 300-97-530 |
| 69 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1118 | 11/25/2008 | J.H. | $201,520 | Bank of America | xxxxx4549 / xxxxxx0456 | 4/10/2014 | 4/10/2014 | 62,500 | 139,020 | 300-97-603 |
| 70 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1014 | 11/26/2008 | I.O. | $215,120 | Wachovia Mortgage | xxxxxxxx5129 | 4/6/2010 | 8/16/2010 | 73,500 | 141,620 | 300-97-499 |
| 71 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1020 | 12/1/2008 | R.M. | $208,300 | HSBC Mortgage | xxx0637 | 2/11/2010 | 5/14/2010 | 82,000 | 126,300 | 300-97-505 |
| 72 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 2100 | 12/5/2008 | N.A. | $210,320 | GMAC dba Ditech | xxxxxxxx6558 | 6/15/2010 | 2/24/2011 | 65,500 | 144,820 | 300-97-761 |
| 73 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1100 | 12/23/2008 | J.H. | $187,146 | GMAC dba Ditech | xxxxxxxx4182 | 9/28/2010 | 3/3/2011 | 65,000 | 122,146 | 300-97-585 |
| 74 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1133 | 1/23/2009 | J.H. | $189,650 | HSBC Mortgage | xxx4842 | 8/27/2010 | 2/16/2011 | 57,000 | 132,650 | 300-97-618 |
| 75 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1009 | 3/12/2009 | J.S. | $239,920 | Wells Fargo Bank | xxxxxxxx0204 | 8/10/2010 | 8/10/2010 | 77,500 | 162,420 | 300-97-494 |
| 76 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1116 | 7/16/2009 | J.S. | $224,925 | Bank of America | xxxxx4078 / xxxxxx7362 | 7/8/2010 | 8/18/2011 | 67,125 | 157,800 | 300-97-601 |
| 77 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1040 | 4/22/2009 | J.S. | $211,200 | Bank of America | xxxxx1168 / xxxxxx1627 | 7/9/2010 | 2/28/2011 | 70,700 | 140,500 | 300-97-525 |
| 78 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1021 | 11/20/2008 | H.I. | $202,320 | Wells Fargo Bank | xxxxxxxx0561 | 4/28/2009 | 10/11/2011 | 68,400 | 133,920 | 300-97-506 |

## Schedule F (ALTERNATIVE CALCULATION)
### Alternative Loss Calculation Based on Foreclosure & Short Sale Data
### United States of America v. Aref Abaji 8:13-CR-001-AG-1
### United States of America v. Maher Obagi 8:13-CR-001-AG-2
### United States of America v. Ali Khatib 8:12-CR-141-AG

| Ex. 1 No. | Address | Unit | Approx. Settlement Date | Buyer Initials | Loan Amount | Lender | Loan # | Approximate Foreclosure Date | Approximate Resell Date | Resell Amount | Loan Amount Less Resell Amount | Parcel # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 2029 | 5/21/2009 | J.S. | $199,250 | Shelter Mortgage | xxxx3346 / xxxxxx1038 | 6/10/2010 | 9/10/2010 | 78,000 | 121,250 | 300-97-690 |
| 80 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | 1117 | 6/27/2009 | H.K. | $219,750 | Wells Fargo Bank | xxxxxxxx47095 | 7/27/2010 | 7/27/2010 | 81,249 | 138,501 | 300-97-602 |
| 81 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | 3156 | 12/26/2008 | M.A. | $212,720 | Bank of America | xxxxx9430 | 7/7/2010 | 1/12/2011 | 70,000 | 142,720 | 306-04-572 |
| 82 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | 1073 | 1/7/2009 | M.A. | $207,920 | Wachovia Mortgage | xxxxxxxxx3421 | 7/20/2010 | 2/11/2011 | 75,000 | 132,920 | 306-04-213 |
| 83 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | 1114 | 1/7/2009 | M.A. | $188,000 | Wells Fargo Bank | xxxxxxxxx5884 | 8/17/2010 | 8/17/2010 | 60,100 | 127,900 | 306-04-254 |
| 84 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | 3164 | 1/13/2009 | M.A. | $210,320 | Bank of America | xxxxx4463 / xxxxxx1344 | 7/9/2010 | 11/30/2010 | 76,500 | 133,820 | 306-04-576 |
| 85 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | 1025 | 1/30/2009 | N.B. | $197,520 | Countrywide Bank | xxxxx2981 | 4/15/2011 | 8/4/2011 | 82,000 | 115,520 | 306-04-165 |
| 86 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | 1145 | 2/25/2009 | N.B. | $188,000 | Wells Fargo Bank | xxxxxxxxx7455 | 4/4/2011 | 5/4/2011 | 67,250 | 120,750 | 306-04-285 |
| 87 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | 1150 | 6/10/2009 | A.A. | $191,920 | Shelter Mortgage | xxxx6612 | 6/3/2010 | 6/3/2010 | 71,911 | 120,009 | 306-04-290 |
| 88 | 5855 N Kolb Rd., Tucson, AZ | 13210 | 4/28/2009 | W.A. | $171,350 | HSBC Mortgage | xxx0203 / xxxxxx0687 | 2/15/2011 | 6/9/2011 | 107,000 | 64,350 | 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 |
| 89 | 5855 N Kolb Rd., Tucson, AZ | 1102 | 4/29/2009 | M.C. | $147,700 | HSBC Mortgage | xxx9474 | 7/28/2010 | unclear from R/E database selling price from HSBC to skywater properties | | | 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 |
| 90 | 5855 N Kolb Rd., Tucson, AZ | 13211 | 5/7/2009 | A.A. | $142,792 | Bank of America | xxxxx8699 / xxxxxx4867 | 10/26/2011 | 10/26/2011 | 71,800 | 70,992 | 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 |
| 91 | 5855 N Kolb Rd., Tucson, AZ | 6105 | 5/22/2009 | M.C. | $157,592 | Bank of America | xxxxx7171 / xxxxxx4755 | 8/25/2010 | 8/25/2011 | 95,000 | 62,592 | 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 |
| 92 | 5855 N Kolb Rd., Tucson, AZ | 3104 | 6/1/2009 | A.A. | $178,792 | Bank of America | xxxxx6324 / xxxxxx4148 | 7/8/2010 | 8/24/2010 | 158,500 | 20,292 | 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 |
| 93 | 5855 N Kolb Rd., Tucson, AZ | 13104 | 6/11/2009 | R.E. | $178,792 | Bank of America | xxxxx4929 / xxxxxx0598 | 4/28/2011 | 6/29/2011 | 119,000 | 59,792 | 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 |
| 94 | 5855 N Kolb Rd., Tucson, AZ | 5104W | 6/12/2009 | W.E. | $178,792 | Bank of America | xxxxx3202 | 1/26/2011 | 5/25/2011 | 109,000 | 69,792 | 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 |

## Schedule F (ALTERNATIVE CALCULATION)
### Alternative Loss Calculation Based on Foreclosure & Short Sale Data
### United States of America v. Aref Abaji 8:13-CR-001-AG-1
### United States of America v. Maher Obagi 8:13-CR-001-AG-2
### United States of America v. Ali Khatib 8:12-CR-141-AG

| Ex. 1 No. | Address | Unit | Approx. Settlement Date | Buyer Initials | Loan Amount | Lender | Loan # | Approximate Foreclosure Date | Approximate Resell Date | Resell Amount | Loan Amount Less Resell Amount | Parcel # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 5855 N Kolb Rd., Tucson, AZ | 6104 | 6/15/2009 | W.E. | $178,792 | Bank of America | xxxxx6737 / xxxxxx5637 | 7/21/2011 | 10/7/2011 | 102,000 | 76,792 | 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 |
| 96 | 5855 N Kolb Rd., Tucson, AZ | 10105 | 6/19/2009 | F.M. | $151,992 | Bank of America | xxxxx6842 / xxxxxx4546 | 5/24/2013 | 11/13/2014 | 115,000 | 36,992 | 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 |
| 97 | 5855 N Kolb Rd., Tucson, AZ | 1101 | 6/25/2009 | M.E. | $178,792 | Bank of America | xxxxx6351 / xxxxxx2589 | 5/6/2011 | 2/14/2013 | 117,500 | 61,292 | 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 |
| 98 | 5855 N Kolb Rd., Tucson, AZ | 10102 | 7/7/2009 | F.M. | $157,592 | Bank of America | xxxxx6045 | 9/4/2013 | 9/4/2013 | 93,100 | 64,492 | 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 |
| 99 | 5855 N Kolb Rd., Tucson, AZ | 4104 | 7/9/2009 | A.W. | $167,250 | HSBC Mortgage | xxx3303 | N/A | 12/8/2011 | 118,000 | 49,250 | 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 |
| 100 | 5855 N Kolb Rd., Tucson, AZ | 7103 | 8/3/2009 | M.E. | $150,000 | HSBC Mortgage | xxx4801 | 1/31/2012 | 4/4/2012 | 115,500 | 34,500 | 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 |
| 101 | 5855 N Kolb Rd., Tucson, AZ | 3103 | 7/20/2009 | M.H. | $171,200 | Bank of America | xxxxx5033 / xxxxxx8809 | 7/26/2010 | 1/12/2011 | 122,500 | 48,700 | 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 |
| 102 | 5855 N Kolb Rd., Tucson, AZ | 10101 | 7/21/2009 | M.H. | $182,790 | Bank of America | xxxxx1816 | 8/4/2010 | 3/10/2011 | 125,000 | 57,790 | 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 |
| 103 | 5855 N Kolb Rd., Tucson, AZ | 9210 | 7/27/2009 | A.E. | $159,000 | Bank of America | xxxxx4158 / xxxxxx1238 | 8/11/2010 | 3/23/2012 | 102,800 | 56,200 | 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 |
| 104 | 5855 N Kolb Rd., Tucson, AZ | 1105 | 7/27/2009 | H.K. | $153,600 | Bank of America | xxxxx4272 / xxxxxx6600 | 8/5/2011 | unclear from R/E database selling price from BOA to Skywater Properties | | | 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 |
| 105 | 5855 N Kolb Rd., Tucson, AZ | 13105 | 7/27/2009 | J.K. | $161,200 | HSBC Mortgage | xxx0395 | N/A | 3/7/2012 | 101,000 | 60,200 | 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 |
| 106 | 5855 N Kolb Rd., Tucson, AZ | 10104 | 8/6/2009 | R.E. | $167,250 | HSBC Mortgage | xxx4035 | 2/8/2011 | 7/27/2011 | 107,000 | 60,250 | 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 |
| 107 | 5855 N Kolb Rd., Tucson, AZ | 9105 | 8/7/2009 | Y.L. | $146,250 | HSBC Mortgage | xxx2119 | N/A | unclear from R/E database 1/26/2012 selling price from Y.L. to S.H. | | | 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 |
| 108 | 5855 N Kolb Rd., Tucson, AZ | 6106 | 8/4/2009 | R.E. | $178,792 | Bank of America | xxxxx8042 | 2/3/2011 | 5/6/2011 | 115,150 | 63,642 | 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 |

# Schedule F (ALTERNATIVE CALCULATION)
## Alternative Loss Calculation Based on Foreclosure & Short Sale Data
### United States of America v. Aref Abaji 8:13-CR-001-AG-1
### United States of America v. Maher Obagi 8:13-CR-001-AG-2
### United States of America v. Ali Khatib 8:12-CR-141-AG

| Ex. 1 No. | Address | Unit | Approx. Settlement Date | Buyer Initials | Loan Amount | Lender | Loan # | Approximate Foreclosure Date | Approximate Resell Date | Resell Amount | Loan Amount Less Resell Amount | Parcel # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 5855 N Kolb Rd., Tucson, AZ | 8212 | 8/13/2009 | Y.L. | $177,750 | Bank of America | xxxxx9824 / xxxxxx3144 / xxxxx8251 | 1/19/2012 | 3/2/2012 | 129,900 | 47,850 | 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 |
| | | | | | | | | | | | - | |
| | | | | $21,586,216 | | | | | | | $12,003,528 | |