TRACY WILKISON
Attorney for the United States
Acting Pursuant to Authority
Conferred By 28 U.S.C. § 515
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5423
     Facsimile: (213) 894-6269
     E-mail:    Kerry.L.Quinn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 13-1-DOC |
|---|---|
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| MAHER OBAGI, MOHAMED SALAH, | |
| Defendants. | |

The parties hereby submit this Joint Status Report:

(1) On August 10, 2020, the United States Court of Appeals for the Ninth Circuit remanded this case for a new trial for defendants Maher Obagi and Mohamed Salah.

(2) The parties have met and conferred and can report that they believe a new trial will be necessary to resolve the charges in this case and estimate that the new trial will take approximately 8-10 court days.

(3) The parties have met and conferred regarding their schedules, including previously-scheduled trials that

defense counsel have in this Court, and would respectfully request trial in this matter to be scheduled for March 2, 2021.

Respectfully submitted,

TRACY WILKISON
Attorney for the United States
Acting Pursuant to Authority
Conferred By 28 U.S.C. § 515

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

8/24/2020         /s/ Kerry L. Quinn
DATE              KERRY L. QUINN
                  Assistant United States Attorney
                  Attorneys for Plaintiff
                  United States of America

8/24/2020         /s/ by email authorization
DATE              CRAIG WILKE
                  Attorney for Defendant
                  MAHER OBAGI

8/24/2020         /s/ by email authorization
DATE              DEAN STEWARD
                  Attorney for Defendant
                  MOHAMED SALAH