STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
ADAM P. SCHLEIFER (Cal. Bar No. 313818)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephones: (213) 894-5423, 4849
    Facsimile: (213) 894-6269
    E-mails:  kerry.l.quinn@usdoj.gov;
              adam.schleifer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-001(c)-DOC |
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | Trial Date:  August 22, 2022 |
| MAHER OBAGI and MOHAMED SALAH, | Trial Time:  8:30 a.m. |
| Defendants. | Location:  Courtroom of the Hon. David O. Carter |

    Plaintiff, the United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, Assistant United States Attorneys Kerry L. Quinn and Adam P. Schleifer, hereby files the following preliminary exhibit list.  The government respectfully reserves the right to modify its exhibit list, both to add or remove exhibits or to modify exhibits, as necessary and as permitted by the Court prior to and during trial.  The government also reserves the right to seek to introduce additional exhibits in rebuttal, depending on the other

evidence admitted and the Court's rulings during the government's case-in-chief and any case the defendant may put on.

Dated: August 19, 2022    Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


   /s/
_____
KERRY L. QUINN
ADAM P. SCHLEIFER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| Exh. # | DESCRIPTION |
|---|---|
| 1 | Properties purchased by Excel investors (by builder) |
| 2 | Maher Obagi properties |
| 3 | Robert Dearstyne properties |
| 4 | John Shubash properties |
| 8 | Maher Obagi & Aref Abaji money |
| 9 | Maher Obagi & Aref Abaji payment detail |
| 10 | Mohamed Salah money flow chart |
| 12 | Property Summary w Pictures |
| 13 | Closing payments for Amer Abaji and Maher Obagi units |
| 14 | Wire chart |
| 15 | Summary Chart of Escrow Disclosures |
| 16 | Pictures |
| 17 | Summary of Forged Bank Statements in Loan Files |
| 22 | 2008 Chart showing payments from Excel to Ahmad Abaji - Maher Obagi & Aref Abaji's father |
| 23 | 2008 Chart showing cash withdrawals from Maher Obagi's account; corresponding deposits into Aref Abaji's account |
| 24 | 2009 Chart showing payments from Excel to Ahmad Abaji - Maher Obagi & Aref Abaji's father |
| 25 | 2009 Chart showing checks from Maher Obagi to Aref Abaji |
| 26 | 2009 Chart showing cash withdrawals from Maher Obagi's account; corresponding deposits into Aref Abaji's account |
| 30 | Backup for Exhibit 1 - List of Properties Purchased and Payments to Excel |
| 31 | Backup for Exhibit 2 - Maher Obagi Properties |
| 35 | Backup for Exhibit 3 - Robert Dearstyne properties |
| 36 | Backup for Exhibit 4 - John Shubash properties |
| 37 | Backup for Exhibit 8 - Maher Obagi & Aref Abaji money |
| 39 | Backup for Exhibit 10 - Mohamed Salah money flow |
| 40 | Backup for Exhibit 13- Closing kickbacks for Amer Abaji and Maher Obagi units |

| Exh. # | DESCRIPTION |
|---|---|
| 42 | Backup for Exhibit 22- 2008 Backup bank records for Excel payments to Ahmad Abaji - Maher Obagi & Aref Abaji's father |
| 43 | Backup for Exhibit 23- 2008 Backup bank records for cash withdrawals Maher Obagi and cash deposits Aref Abaji |
| 44 | Backup for Exhibit 24- 2009 Backup bank records for Excel payments to Ahmad Abaji - Maher Obagi & Aref Abaji's father |
| 45 | Back up for Exhibit 25- 2009 backup bank records for Excel checks from Maher Obagi to Aref Abaji |
| 46 | Backup for Exhibit 26-2009 Backup bank records for cash withdrawals Maher Obagi and cash deposits Aref Abaji |
| 50 | Fedwire funding wires |
| 60 | Salah WAMU account ending 4698 10/21/08 statement |
| 61 | Salah WAMU account ending 4698 11/5/2008 deposit slip for $20,000 and Event Marketing LLC check # 10260 for $20,000 payable to Salah |
| 62 | Salah WAMU account ending 4698 11/5/2008 withdrawal slip for $20,000 and cashier's check 2342405821 for $20,000 payable to Mynour Network Inc. |
| 100 | WaMu Event Marketing #1301 checks to El Tahir: $193.70, dated 7/17/2009; $160.00, dated 7/17/2009; $91.00, dated 7/21/2009; $77.70, dated 7/29/2009 |
| 101 | WaMu Event Marketing x3400 check to El Tahir: $160, dated 11/28/2008; $1,000.00, dated 2/23/2009; $2,000, dated 3/19/2009; $5,000.00, dated 4/28/2009 |
| 102 | WaMu OCPM withdrawal slip & official checks, 3/3/2009) |
| 103 | Escobar declined loan file |
| 104 | Business Card for  Mohamed El Tahir |
| 105 | WaMu Statement for A/c # 352-669212-9 for Ghazi Abdullah |
| 121 | March 30, 2011 Recorded Phone Call between Salah and Khatib |
| 122 | English-Translated Transcription of March 30, 2011 Recording of Mohamed Salah and Ali Khatib |
| 125 | February 29, 2012 Recorded meeting between Wajieh Tbakhi and Ali Khatib - excerpt 1 |

| Exh. # | DESCRIPTION |
|---|---|
| 126 | English-Translated Transcription of February 29, 2012 Recorded meeting between Wajieh Tbakhi and Ali Khatib -excerpt 1 |
| 127 | February 29, 2012 Recorded meeting between Wajieh Tbakhi and Ali Khatib - excerpt 2 |
| 128 | English-Translated Transcription of February 29, 2012 Recorded meeting between Wajieh Tbakhi and Ali Khatib -excerpt 2 |
| 129 | February 29, 2012 Recorded meeting between Wajieh Tbakhi and Ali Khatib - excerpt 3 |
| 130 | English-Translated Transcription of February 29, 2012 Recorded meeting between Wajieh Tbakhi and Ali Khatib -excerpt 3 |
| 131 | June 6, 2012 Recorded FBI interview of Wajieh Tbakhi - excerpts |
| 132 | Transcription of June 6, 2012 Recorded FBI interview of Wajieh Tbakhi - excerpts |
| 137 | DMC Management: Email from Burchell 2/24/2009 re appraisals |
| 144 | DMC Management: Email from Ammirato 6/1/09 re Unit 837 |
| 145 | EscrowQuick: Email from Burchell 1/7/2009: "I don't show commission to Event Marketing" |
| 147 | EscrowQuick: Email from Burchell 10/15/08: 40% of the purchase price to Event Marketing" |
| 152 | Monaco: Email from Olga Sanchez 1/5/2009 "Closing on unit 1073" |
| 164 | WaMu Chin Construction escrow payment |
| 165 | WAMu Chin Construction checks Maher Obagi |
| 166 | 9/12/08 EscrowQuick Payment of $3,980.00 to "Faris Realty or Majir M. Abaji" |
| 167 | 9/12/08 EscrowQuick Payment of $37,591.84 to "Mahir M. Abaji" |
| 168 | 2/2/09 EscrowQuick Payment of $12,925.00 to "M. Abaji" |
| 169 | 2/2/2009 EscrowQuick Payment of $56,973.42 to "M. Abaji" |
| 170 | 3/18/09 EscrowQuick Payment of $12,925.00 to "Farris Realty Investment" |

| Exh. # | DESCRIPTION |
|---|---|

| Exh. # | DESCRIPTION |
|---|---|
| 171 | 3/18/09 EscrowQuick Payment of $24,552.20 to "Event Marketing, LLC" |
| 172 | 3/6/09 EscrowQuick Payment of $12,925.00 to "Faris Realty Investment" |
| 173 | 3/6/09 EscrowQuick Payment of $51,106.43 to "Event Marketing, LLC" |
| 175 | DMC Management: Email from Burchell 12/24/08 re discounts |
| 176 | DMC Management: Email from Burchell 11/18/08 re Excel meeting |
| 177 | DMC Management: Email from Burchell 11/6/08 re closings |
| 178 | DMC Management: Email from Burchell 11/4/08 re pipeline |
| 179 | DMC Management: Email from Ammirato 6/1/09 re Unit 837 |
| 180 | DMC Management: Email from Mark Foraker to Burchell on 8/14/08 re: "Addendum for Obagi Units" |
| 181 | Company check to Mohamed, check # 1066, amount $19,321.45 |
| 182 | Company check to Mohamed, check # 10260, amount $20,000 |
| 183 | Company check to Mohamed, check # 1106, amount $11795.57 |
| 184 | Company check to Mohamed, check # 10285, amount 25, 000 |
| 220 | Walerga #932 GMAC loan application: signed 1003 |
| 221 | Walerga #932 GMAC loan application: borrower's certification |
| 222 | Walerga #932 GMAC loan application: email from Obagi w/ attached HUD and Bank of America June 2008 statement |
| 223 | Walerga #932 GMAC loan application: lender's VOE |
| 226 | Walerga #932 GMAC loan application: Signature affidavit and notary ID |
| 229 | Walerga #932 GMAC loan application: Final HUD |
| 231 | Walerga #932 EscrowQuick: Email from Mike Obagi 8/12/2008 |
| 233 | Walerga #932 EscrowQuick: Email from Mark Foraker 8/14/2008 |
| 234 | Walerga #932 EscrowQuick: Addendum to purchase agreement |
| 235 | Walerga #932 EscrowQuick: Final HUD dated 8/13/2008 |
| 236 | Walerga #932 EscrowQuick: Email from Mark Foraker 8/14/2008 |
| 237 | Walerga #932 EscrowQuick: Email from Mark Foraker 8/15/2008 |
| 238 | Walerga #932 EscrowQuick: Check payments to Mahir Abaji |
| 243 | $45K Cashier's check (deposited to Maher Obagi B of A) |

| Exh. # | DESCRIPTION |
|---|---|
| 244 | Walerga #932 GMAC loan application: Payment checks |
| 245 | $4K payment to Faris (deposited to Faris WaMu account) |
| 250 | Walerga #136 JPMC loan application: Purchase agreement |
| 251 | Walerga #136 JPMC loan application: Signed 1003 |
| 252 | Walerga #136 JPMC loan application: Signature affidavit |
| 254 | Walerga #136 JPMC loan application: Bank of America May & June 2008 statements |
| 255 | Walerga #136 JPMC loan application: Paystubs & W-2 |
| 256 | Walerga #136 JPMC loan application: Lender VOE Express Auto |
| 258 | Walerga #136 JPMC loan application: Final HUD dated 8/14/2008 |
| 261 | Walerga #136 EscrowQuick: Email from Mark Foraker 8/12/2008 |
| 262 | Walerga #136 EscrowQuick: Email from Mark Foraker 8/15/2008 |
| 264 | Walerga #136 EscrowQuick: Final HUD dated 8/19/2008 |
| 265 | Walerga #136 EscrowQuick: Check payments |
| 270 | Walerga #128 Greenlight loan app: signed 1003 |
| 271 | Walerga #128 Greenlight loan app: Borrower's certification |
| 272 | Walerga #128 Greenlight loan app: Credit report |
| 273 | Walerga #128 Greenlight loan app: Lender VOE, paystubs, W-2 |
| 274 | Walerga #128 Greenlight loan app: Bank of America August 2008 statement |
| 275 | Walerga #128 Greenlight loan app: Approval & conditions |
| 276 | Walerga #128 Greenlight loan app: Purchase agreement |
| 277 | Walerga #128 Greenlight loan app: Closing instructions |
| 278 | Walerga #128 Greenlight loan app: Signed borrower statement & amended escrow instructions |
| 279 | Walerga #128 Greenlight loan app: Estimated HUD-1 dated 9/11/08 |
| 280 | Walerga # 125 Greenlight Funding Sheet 9/12/2008 |
| 283 | Walerga #128 EscrowQuick: Email from underwriter |
| 285 | Walerga #128 EscrowQuick: Final HUD-1 dated 9/12/08 |
| 287 | Walerga #128 EscrowQuick: Addendum to purchase agreement |
| 288 | Walerga #128 EscrowQuick: Check register, buyer refund & commission checks |

| Exh. # | DESCRIPTION |
|---|---|
| 295 | Mahir Abaji Bank of America account #09613-04193 statements May - August 2008 |
| 297 | Obagi income info from EDD |
| 524 | Walerga #134 HSBC Loan app: HUD-1 dated 3/6/2009 |
| 526 | Walerga #134 EscrowQuick: Final HUD dated 3/6/2009 |
| 529 | Walerga #134 EscrowQuick: Check register |
| 530 | Walerga #134 Escrow payments to Excel & Faris |
| 533 | Yellowpages search for National Sales Associates |
| 534 | HSBC Salaried and Wage Earners document- Diana June Harrison 3/2/2009 |
| 600 | Walerga #531 B of A loan application: signed 1003 |
| 601 | Walerga #531 B of A loan application: WaMu Nov & Dec 2008 statements |
| 602 | Walerga #531 B of A loan application: W-2 and Paystubs |
| 603 | Walerga #531 B of A loan application: Dearstyne LOE |
| 604 | Walerga #531 B of A loan application: Second home rider |
| 606 | Walerga #531 B of A loan application: Final HUD |
| 609 | Walerga #531 EscrowQuick: Final HUD dated 3/10/2009, Check Register |
| 620 | Walerga #825 HSBC loan application: signed 1003 |
| 621 | Walerga #825 HSBC loan application: Purchase contract |
| 622 | Walerga #825 HSBC loan application: Paystubs and W-2 |
| 623 | Walerga #825 HSBC loan application: Nov & Dec B of A statements |
| 625 | Walerga #825 HSBC loan application: Estimated HUD |
| 628 | Walerga #825 EscrowQuick: Lender's closing instructions |
| 632 | Walerga #825 EscrowQuick: Estimated HUD 3/17/09 |
| 633 | Walerga #825 EscrowQuick: Final HUD 3/17/09 |
| 634 | Walerga #825 EscrowQuick: Wires to Excel & Faris |
| 635 | Walerga #825 EscrowQuick: Check register |
| 636 | Walerga #825 EscrowQuick: Funding wire 3/16/09 |
| 637 | W2 for Equemetrix Corp 2007-2008 |
| 638 | HSBC Telephone Confirmation of Employment- Robert Dearstyne |

| Exh. # | DESCRIPTION |
|---|---|
| 639 | Bank of America accounts 04986-08364: statement December 2008 |
| 640 | Dearstyne Bank of America: Event Marketing check to Dearstyne, $10,000 |
| 641 | Dearstyne Bank of America: Cash deposit, $900 |
| 642 | Dearstyne Bank of America: OCPM check to Dearstyne, $3,682 |
| 650 | Dearstyne Bank of America: October to January statements |
| 653 | JPMC Salah x4698 Account statements Nov. & Dec. 2008 |
| 700 | Desert Foothills #1009 Wells Fargo loan application: signed 1003 |
| 701 | Desert Foothills #1009 Wells Fargo loan application: 2007 & 2008 W-2s |
| 702 | Desert Foothills #1009 Wells Fargo loan application: Dec & Jan bank statements WaMu account #494-267739-9 |
| 703 | Desert Foothills #1009 Wells Fargo loan application: Final HUD-1 dated 3/17/2009 |
| 705 | Desert Foothills #1009 EscrowQuick: Estimated HUD-1 |
| 706 | Desert Foothills #1009 EscrowQuick: Final HUD-1, Check Register |
| 707 | Desert Foothills #1009 EscrowQuick: Wire verification |
| 710 | Desert Foothills #1040 B of A loan application: signed 1003 |
| 711 | Desert Foothills #1040 B of A loan application: Dec & Jan bank statements WaMu account #494-267739-9 |
| 712 | Desert Foothills #1040 B of A loan application: March & April paystubs |
| 713 | Desert Foothills #1040 B of A loan application: 2007 & 2008 W-2s |
| 715 | Desert Foothills #1040 B of A loan application: Conditional approval |
| 716 | Desert Foothills #1040 B of A loan application: Estimated HUD-1 dated 4/23/2009 – Approved |
| 717 | Desert Foothills #1040 B of A loan application: Final HUD-1 dated 4/22/2009 |

9

| Exh. # | DESCRIPTION |
|---|---|
| 718 | Desert Foothills #1040 B of A loan application: Note dated 4/17/2009 |
| 719 | Desert Foothills #1040 EscrowQuick: Check register |
| 720 | Desert Foothills #1040 EscrowQuick: Final HUD-1 |
| 730 | Desert Foothills #2029 Guaranty loan application: signed 1003 |
| 731 | Desert Foothills #2029 Guaranty loan application: Shubash letters of explanation |
| 732 | Desert Foothills #2029 Guaranty loan application: March bank statement WaMu account #494-267739-9 |
| 733 | Desert Foothills #2029 Guaranty loan application: VOE, April paystub, 2008 & 2008 W-2s |
| 734 | Desert Foothills #2029 Guaranty loan application: Aff of occupancy |
| 735 | Desert Foothills #2029 Guaranty loan application: Conditional approval dated 5/8/2009 |
| 736 | Desert Foothills #2029 Guaranty loan application: Final HUD-1 dated 5/21/2009 |
| 738 | Desert Foothills #2029 EscrowQuick:Final HUD-1, Check Register |
| 739 | Desert Foothills #2029 EscrowQuick: Wire verifications |
| 740 | Desert Foothills #2029 EscrowQuick: Email instructions from builder |
| 750 | Desert Foothills #1116 B of A loan application: signed 1003 |
| 751 | Desert Foothills #1116 B of A loan application: Mar, Apr, & May bank statements WaMu account #494-267739-9 (faxed by Mohamed) |
| 752 | Desert Foothills #1116 B of A loan application: June paystubs |
| 753 | Desert Foothills #1116 B of A loan application: 2007 & 2008 W-2s |
| 754 | Desert Foothills #1116 B of A loan application: Shubash LOEs |
| 757 | Desert Foothills #1116 B of A loan application: "Final" HUD-1 dated 7/16/2009 |
| 758 | Desert Foothills #1116 B of A loan application: Note dated 7/14/2009 |

| Exh. # | DESCRIPTION |
|---|---|
| 759 | Desert Foothills #1116 EscrowQuick: Email from B of A to Burchell re send any updates to HUD-1 before closing |
| 760 | Desert Foothills #1116 EscrowQuick: Final HUD-1 |
| 761 | Desert Foothills #1116 EscrowQuick: Check register and wire verifications |
| 770 | WaMu Event Marketing checks to Shubash: 4/10/2009 for $12,000; 4/17/2009 for $6,000; 4/20/2009 for $6,000 |
| 771 | WaMu Event Marketing check 4/28/2009 to Mike Mani for $11,200 |
| 772 | WaMu Event Marketing check to Shubash: 6/3/2009 for $3,500 |
| 773 | JPMC Event Marketing checks to Sharon Shubash: 7/21/2009 for $5,000; 7/21/2009 for $5,000 |
| 774 | OCPM, Incorporated Chase bank account check for $9,373 dated 2/2/2010 |
| 780 | WaMu El Tahir bank account #494-267739-9 signature card and monthly statements for December 2008 through May 2009 |
| 840 | Department of Homeland Security Border Crossing Records - Ali Khatib |
| 841 | Department of Homeland Security Border Crossing Records – Racha Abaji and Ahmad Abaji |
| 842 | Loan Application for Mahir Abaji |
| 843 | Settlement Statement Mahir Abaji-8434 Walerga Unit #932 dated 8/13/2008 |
| 844 | Loan Application for Mahir Abaji |
| 845 | Mahir Abaji W2 for 2007 |
| 846 | Loan Application for Mahir Abaji dated 9/10/2008 |
| 847 | Checks for Racha Abaji and Ahamad Abaji |
| 848 | Checks to Mohamed Salah from Event Marketing |
| 849 | WaMu Checks |
| 850 | WaMu Account Agreement for a/c # 401-0000159469-B |
| 851 | WaMu Checking Detail Information for loan # 6916323139 |
| 852 | WaMu Checking Detail Information for loan # 6650077362 |
| 853 | Addendum to Purchase Agreement - Bridgefield / Dinerstein - Walerga |

1-28

| Exh. # | DESCRIPTION |
|---|---|
| 854 | Certificate of Proof of Insured Status – Bank of America |
| 855 | Trial transcript of testimony of Robert Dearstyne – for identification |
| 856 | Trial transcript of testimony of Mohamed El Tahir – for identification |
| 857 | Trial transcript of testimony of John Shubash -  for identification |