**FILED**
CLERK, U.S. DISTRICT COURT

8/26/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 13-001(c)-DOC |
| Plaintiff, | **VERDICT** |
| v. | |
| MOHAMED SALAH, | |
| Defendant. | |

We, the jury in the above-captioned case, present the following unanimous verdict.

## COUNT ONE

[Conspiracy to Commit Bank Fraud and Wire Fraud]

We, the jury in the above-captioned case, unanimously find defendant MOHAMED SALAH:

\_\_\_\_\_ NOT GUILTY          √ GUILTY

(IF GUILTY): With all of us unanimously agreeing that defendant conspired to commit:

√ Bank Fraud     ⓐnd/or     √ Wire Fraud